Argued and submitted October 30, 1995, affirmed January 3, petition for review denied March 6, 1996 (322 Or 645)

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL E. SIEGELBAUM,
*Appellant.*

(DA 1014810; CA A88355)

909 P2d 886

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Robert M. Atkinson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Phillips*, 138 Or App 468, 909 P2d 882 (1996).